**Alvin H. FULLER, Petitioner, v. COMMIS-
SIONER OF INTERNAL REVENUE,
Respondent.**

**No. 8422.**

Circuit Court of Appeals, Fifth Circuit.

March 8, 1938.

Bertram S. Boley, Herbert J. Haas, and Joseph F. Haas, all of Atlanta, Ga., for petitioner.

James W. Morris, Asst. Atty. Gen., and Ralph E. Smith, Sp. Atty., Bureau of Internal Revenue, of Washington, D. C., for respondent.

Before FOSTER, SIBLEY, and HOLMES, Circuit Judges.

PER CURIAM.

This cause came on to be heard upon the joint stipulation of counsel that the above numbered and entitled cause be remanded to the United States Board of Tax Appeals, and was submitted to the court. On consideration whereof, it is now here ordered, adjudged, and decreed by this court that this cause be, and it is hereby, remanded to the United States Board of Tax Appeals, with the instructions that it enter its order that the transferee liability of the petitioner has been settled and satisfied. It is further ordered, adjudged, and decreed that the mandate of this court issue without delay.

**William GLICKER, Appellant, v. UNITED
STATES of America, Appellee.**

**No. 7679.**

Circuit Court of Appeals, Sixth Circuit.

March 15, 1938.

Harry S. Bennett and Donald B. Frederick, both of Detroit, Mich., for appellant.

John C. Lehr, U. S. Atty., of Detroit, Mich.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

It is ordered and adjudged that the judgment appealed from be, and the same is hereby, reversed and the case remanded to the District Court for a new trial.

**In the Matter of GROSSE POINTE YACHT
CLUB, a Michigan Corporation, Debtor;
Union Guardian Trust Company, a Michi-
gan Corporation, Appellant, John D.
Lynch, Permanent Trustee, Appellee.**

Circuit Court of Appeals, Sixth Circuit.

April 15, 1938.

Shaeffer & Dahling, of Detroit, Mich., for appellant.

Lucking, Van Auken & Sprague, of Detroit, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Upon reading and filing the stipulation by and between Union Guardian Trust Company, mortgage trustee, by its attorneys, Shaeffer & Dahling, and John D. Lynch, permanent trustee, by his attorneys, Lucking, Van Auken & Sprague, and the court being fully advised in the premises, it is ordered that the appeal heretofore allowed in these proceedings be and the same hereby is dismissed, without costs.

It is further ordered that the stay of proceedings heretofore issued out of and under the seal of this court be and the same hereby is dissolved.

It is further ordered that the bond of the appellant heretofore filed herein be and the same hereby is cancelled and discharged.

Appeal dismissed.